*Ex parte* CARMICHAEL.

CERTAIN real estate of one Draper having been sold on a judgment and *fi. fa.* in favor of Pumpelly, in this Court, Carmichael afterwards, and within 15 months after the sale, obtained judgment for more than 25 dollars against the same Draper, filed a transcript, &c. and offered to redeem as a judgment creditor. But the sheriff refused to receive the money, on the ground that Pumpelly might contest the right to redeem upon the judgment, it being upon attachment.

A motion was now made for a mandamus commanding the sheriff to convey to Carmichael.

*S. Mack*, for the relator.

*W. Platt*, contra.

*Curia.* There is no force in the objection that the judgment was by attachment. It was of equal force with one rendered upon personal notice, except as to the defendant's right of set off. The motion must be granted.

Motion granted.

A creditor upon a judgment obtained by attachment before a justice, may redeem lands sold on *fi. fa.* upon a previous judgment.

A judgment upon attachment before a justice has the same force with any other, except as to the defendant's right of set off